```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                              :
CRISTIAN SANCHEZ,                             :
                       Plaintiff,             :
                                              :            21 Civ. 4603 (LGS)
            -against-                         :
                                              :                 ORDER
VIZ MEDIA, LLC,                               :
                                              :
                       Defendant.             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated June 10, 2021, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference (Dkt. No. 5).

WHEREAS, the initial pretrial conference is scheduled for July 22, 2021, at 10:50 A.M.

WHEREAS, on July 12, 2021, Plaintiff filed an affidavit of service (Dkt. No. 6) stating that Defendant Viz Media, LLC, was served on June 30, 2021.

WHEREAS, Defendant has not appeared in this case.

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** that, if Plaintiff is in communication with Defendant, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **July 20, 2021, at noon,** and shall explain why they have not complied with the Court's deadlines. If Defendants refuse to cooperate in the preparation of these documents, Plaintiff shall prepare and file them. If Plaintiff is not in communication with Defendants, no later than **July 20, 2021, at noon**, Plaintiff shall file a letter (1) requesting adjournment of the initial pretrial conference for up to 30 days and (2) proposing a date prior to the conference to present an Order to Show Cause

for default judgment as to Defendant Viz Media, LLC. and related papers as provided in the Court's Individual Rules.  It is further

**ORDERED** that Plaintiff shall serve a copy of this Order on Defendant and shall file an affidavit of service no later than **July 30, 2021**.

Dated: July 16, 2021
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**