

*Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

July 20, 2021

**<u>VIA ECF</u>**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED.  The initial pre-trial conference scheduled for July 22, 2021, is adjourned to **August 26, 2021**, at 10:50 a.m. Defendant shall respond to the complaint by **August 18, 2021**.

Dated: July 20, 2021
New York, New York

Re:   *Cristian Sanchez et al. v. Viz Media, LLC*.; Case No. 1:21-cv-4603 (LGS)
       Response to July 16 Order and Request for Extension of Time

Dear Judge Schofield:

This firm represents plaintiff Christian Sanchez ("Plaintiff") in the above-referenced action.  We write in response to this Court's order, dated July 16, 2021. *See* Docket No.7.

Defense counsel were only recently retained in this action, and first contacted Plaintiff on the same day as this Court's order, July 16, 2021. Given how recently Defendant retained counsel, the parties have not had a chance to meet and confer on a proposed discovery schedule. In addition, Plaintiff has agreed to give Defendant until August 18, 2021 to respond to the Complaint, and the parties are engaging in settlement discussions.  We therefore respectfully request that the Court adjourn the pretrial conference for 30 days and extend Defendant's deadline to answer or otherwise plead until August 18, 2021. This is the parties' first request for an extension.

Respectfully submitted,

*/s/ Joseph H. Mizrahi*
Joseph H. Mizrahi
Cohen & Mizrahi LLP
Attorneys for Plaintiff

cc: O'Melveny & Myers LLP
    Times Square Tower
    7 Times Square
    New York, NY 10038